PINEVILLE CITY COURT

PARISH OF RAPIDES

STATE OF LOUISIANA

STATE OF LOUISIANA

VERSUS                                                  DOCKET NUMBER: 17-4457

EARL DAVID WORDEN

## NOTICE OF APPEAL

Pursuant to Louisiana Code of Criminal Procedure, Article 914, notice is hereby given that EARL DAVID WORDEN, defendant in the above entitled case, appeals to the 9th Judicial District Court, Parish of Rapides from the final judgment entered by this Court on June 21, 2018.

The appellant is Earl David Worden. The appellee is the State of Louisiana.

Respectfully submitted:

L. CLAYTON BURGESS, A P.L.C.
605 West Congress Street
Lafayette, Louisiana 70501
Telephone: (337) 234-7573
Facsimile: (337) 233-3890

L. CLAYTON BURGESS (22979)
Attorney for Appellant


EXHIBIT B

1

## PINEVILLE CITY COURT

## PARISH OF RAPIDES

## STATE OF LOUISIANA

STATE OF LOUISIANA

VERSUS                                                   DOCKET NUMBER: 17-4457

EARL DAVID WORDEN

---

### ORDER

---

IT IS HEREBY ORDERED that an Appeal be granted to the defendant and that the appeal of this case be returnable to the 9th Judicial District Court, Parish of Rapides according to law.

Pineville, ~~Lafayette,~~ Louisiana this 13th day of July, 2018.

_____
CITY COURT JUDGE