# Charity Lawson

**From:** Office Manager <office.manager@clayburgess.com>
**Sent:** Tuesday, October 16, 2018 3:13 PM
**To:** Charity Lawson
**Cc:** Randall Keiser; L. Clayton Burgess
**Subject:** Re: Worden v Weatherford; Civil Suit No. 1:18-cv-00872 (our file 3932)

Clay is agreeable to motion you drafted. Please file accordingly.

Sincerely,

L. Clayton Burgess, A Professional Law Corporation
605 W. Congress Street
Lafayette, LA  70501
(T) (337) 234-7573
(F) (337) 233-3890

---

**From:** Charity Lawson <CLawson@keiserlaw.net>
**Date:** Tuesday, October 16, 2018 at 3:08 PM
**To:** Clayton Burgess <lcburgess@clayburgess.com>
**Cc:** Office Manager <office.manager@clayburgess.com>
**Subject:** FW: Worden v Weatherford; Civil Suit No. 1:18-cv-00872 (our file 3932)

Here is the October 11, 2018 email with the attached waivers and the draft of the motion, memo in support and proposed order regarding staying the above-captioned matter.

Please let me know that this has been received.

Thanks.

Charity Lawson
*Legal Assistant*
**Keiser Law Firm, PLC**
P. O. Box 12358
Alexandria, LA 71315
(P) 318-443-6168
(F) 318-704-6473



EXHIBIT C

**CONFIDENTIALITY STATEMENT**
This message and any accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2501-2521, and contain information intended for the specified individual(s) only. This information is confidential. If you are not the intended recipient, or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, copying or taking of any action based on the contents of this communication, or the information contained herein, is strictly

prohibited. If you have received this communication in error, please notify us immediately by email, and delete the original message without retaining a copy of same. Pursuant to La. C.C.P. art 1313A(4), this email address is not designated for receipt of service.

**From:** Charity Lawson
**Sent:** Thursday, October 11, 2018 2:28 PM
**To:** L. Clayton Burgess (lcburgess@clayburgess.com) <lcburgess@clayburgess.com>
**Subject:** Worden v Weatherford; Civil Suit No. 1:18-cv-00872 (our file 3932)

Please see attached.

Charity Lawson
*Legal Assistant*
**Keiser Law Firm, PLC**
P. O. Box 12358
Alexandria, LA 71315
(P) 318-443-6168
(F) 318-704-6473

**CONFIDENTIALITY STATEMENT**
This message and any accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2501-2521, and contain information intended for the specified individual(s) only. This information is confidential. If you are not the intended recipient, or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, copying or taking of any action based on the contents of this communication, or the information contained herein, is strictly prohibited. If you have received this communication in error, please notify us immediately by email, and delete the original message without retaining a copy of same. Pursuant to La. C.C.P. art 1313A(4), this email address is not designated for receipt of service.