UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| EARL DAVID WORDEN | CIVIL ACTION NO. 1:18-cv-00983 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| DONALD WEATHERFORD, ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

# ORDER

Considering the foregoing Motion to Stay;

It is ORDERED that the motion be hereby GRANTED, that this matter is hereby stayed, and the following conditions imposed:

Because the criminal charges against plaintiff arose from the complained of arrest and seizure, and because the state criminal prosecution remains pending, through an appeal, this Court orders a stay of this case pending the resolution of the outstanding criminal charges with the following conditions:

a. Within thirty (30). days of the date the state court criminal proceedings have concluded and become final, plaintiff, if successful in the appeal must file a motion asking this Court to lift the stay. The action will proceed at that time, absent some other bar to suit.

b. If the criminal proceedings are not concluded within six (6) months of the date that this case is stayed, plaintiffs shall file a status report indicating the expected completion date of the proceeding. Additional status reports shall be filed every three (3) months thereafter until the stay is lifted.

SIGNED on this _____ day of _____, 2018 at Alexandria, Louisiana.

_____
U.S. DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

_____
HONORABLE JOSEPH H.L. PERES-MONTEZ
U.S. MAGISTRATE JUDGE