UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **EARL DAVID WORDEN** | **CIVIL ACTION NO. 1:18cv0872** |
| **VERSUS** | **JUDGE: UNASSIGNED** |
| **DONALD WEATHERFORD, individually, and in his official capacity as Chief of Police for the City of Pineville; Louisiana; RUFUS JONES, individually, and in his official capacity as a Patrol Officer for the City of Pineville; JAMES EVANS, individually, and in his official capacity as a Patrol Officer for the City of Pineville; and THE CITY OF PINEVILLE, a municipal entity of the State of Louisiana | **MAGISTRATE: PEREZ-MONTES**  <br><br><br><br><br><br> **JURY TRIAL REQUESTED** |

## STATUS REPORT

TO THE HONORABLE, THE UNITED STATES DISTRICT COURT IN AND FOR THE WESTERN DISTRICT OF LOUISIANA:

    The criminal matter and appeal process is still open and pending in Rapides Parish.

    Undersigned has complied with this Court's request for Status Reports every six months or until completion of the criminal matter in Rapides Parish.

    Respectfully submitted:

**L. CLAYTON BURGESS, A P.L.C.**
605 West Congress Street
Lafayette, Louisiana 70501
Telephone: (337) 234-7573
Facsimile: (337) 233-3890

_____
**L. CLAYTON BURGESS** (22979)
Attorney for Earl Worden