RANDALL B. KEISER, R.PH.[1]
MATTHEW L. NOWLIN

[1]Registered Pharmacist



**KEISER LAW FIRM**
A PROFESSIONAL LAW CORPORATION

5216 RUE VERDUN
P.O. BOX 12358
ALEXANDRIA, LA 71315-2358

TELEPHONE: (318) 443-6168
FACSIMILE: (318) 704-6473

www.keiserlaw.net

March 26, 2020

*VIA CM/ECF*

Honorable Dee D. Drell
United States District Judge
515 Murray Street, Suite 233
Alexandria, LA  71301

Re:  **Earl David Worden v. Donald Weatherford, et al**
     **Civil Action No. 1:18-cv-00872, USDC-WDLA, Alexandria Division**
     **Our File No.: 3932**

Dear Judge Drell:

This is to advise that the parties have agreed to settle and compromise the above-captioned matter. The execution of formal settlement and dismissal documents will follow; however, we wanted to apprise the Court of this development.

By copy of this correspondence, we are apprising Mr. Burgess of this notification.

Should you have any questions, please do not hesitate to contact me.

We sincerely hope that you, your family and staff all stay well during these uncertain times.

Kindest regards.

Very truly yours,

**KEISER LAW FIRM, P.L.C.**
Attorneys at Law

By: _____
Randall B. Keiser

RBK/ls
cc:  Mr. L. Clayton Burgess (through CM/ECF)