UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| EARL DAVID WORDEN | CIVIL ACTION NO. 1:18-cv-00872 |
| VERSUS | DISTRICT JUDGE SUMMERHAYS |
| DONALD WEATHERFORD, ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

**JUDGMENT OF DISMISSAL**

Considering the above and foregoing Stipulation of Dismissal:

IT IS ORDERED, ADJUDGED, AND DECREED that all claims and demands of Plaintiff, EARL DAVID WORDEN, against Defendants, the CITY OF PINEVILLE, DONALD WEATHERFORD (individually and in his official capacity), JAMES EVANS (individually and in his official capacity) and RUFUS JONES (individually and his official capacity), in the above-captioned matter be, and they are hereby dismissed, with prejudice, with each party to pay their own record and non-record court costs.

THUS DONE AND SIGNED in Lafayette, Lafayette Parish, Louisiana, this 21st day of April, 2020.

_____
HONORABLE ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA